**Opinion issued June 13, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00228-CV**
_____

**IN RE HOUSTON COMMUNITY COLLEGE, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Houston Community College has filed a petition for writ of mandamus requesting that we order the trial court to compel discovery.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.

---

[1] The underlying case is *The Hall Law Group PLLC v. Houston Community College System*, cause number 2020-31380, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.